# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00675-CR

**Darrell Glenn Geyer, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. 005294, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

   Appellant's motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

                   Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed:   December 6, 2001

Do Not Publish